# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff | : | No. 1:13-cr-00215 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **PATRICE EBAI TALBOT** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 20th day of May 2014, **IT IS HEREBY ORDERED THAT** Defendant is found **GUILTY** of conniving or conspiring or taking any other action, designed to prevent or hamper or with the purpose of preventing or hampering his departure in violation of 8 U.S.C. § 1253(a)(1)(C) as charged in his indictment (Doc. No. 1.)

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania